UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN,<br><br>    Plaintiff,<br><br>v.<br><br>M. VOONG, et al.,<br><br>    Defendants. | Case No. 18-cv-04922-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A SECOND EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND DENYING HIS OTHER PENDING MOTION AS MOOT** |

Plaintiff has filed a request for a second extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Dkt. 28. Plaintiff has also filed a motion dated September 19, 2019 requesting the Court to order prison officials to locate and provide his legal property. Dkt. 27. Having read and considered Plaintiff's requests, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for a second extension of time is GRANTED. Dkt. 28. The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **November 21, 2019.** Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

As to Plaintiff's request for his legal property, Defendants have informed the Court that Plaintiff's missing legal property was delivered to him on September 30, 2019. *See* Dkt. 29 at 1-2. Therefore, Plaintiff's motion requesting an order directing prison officials to locate and provide his legal property is DENIED as moot. Dkt. 27.

This Order terminates Docket Nos. 27 and 28.

IT IS SO ORDERED.

Dated: November 12, 2019

                                                 YVONNE GONZALEZ ROGERS
                                                 United States District Court Judge